| | |
|---|---|
| 1 | Andrew D. Grossman (SBN 5076641) |
| | RHA&KIM, LLP |
| 2 | 215-45 Northern Blvd. Suite 200, |
| | Bayside, NY 11361 |
| 3 | Telephone: (718) 321-9797 |
| | Facsimile: (718) 321-9799 |
| 4 | |
| | Attorneys for Plaintiff |
| 5 | **DANIEL CHANG** |

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL CHANG, *On behalf of himself and all other plaintiffs similarly situated known and unknown* | CASE NO.: **19-cv-01453** |
| Plaintiff(s), | **ORDER GRANTING PLAINTIFF DANIEL CHANG'S MOTION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL CIVIL PROCEDURE 41(a)(1)** |
| Vs. | |
| 1MJJET CORP. d/b/a SHANGHAI MONG, TORA YI, JANE YI, EDDIE LEE, and JOHN DOES Nos. 1-5, | |
| Defendant(s). | |

**THIS MATTER** having come before the Court upon the motion of the Plaintiff DANIEL CHANG for voluntary dismissal of this action with prejudice pursuant to FRCP 41(a)(1), and the Court having reviewed Plaintiff's motion and submitted Order, and finding no answer of Defendants 1MJJET CORP. d/b/a SHANGHAI MONG, TORA YI, JANE YI, or EDDIE LEE, and otherwise being fully advised, now, therefore,

**IT IS HEREBY ORDERED** that this matter be, and hereby is, dismissed with prejudice. 1MJJET CORP. d/b/a SHANGHAI MONG, TORA YI, JANE YI, and EDDIE LEE are to bear their own costs and fees. DANIEL CHANG is to recover its costs and fees as specified in the

1  SETTLEMENT AGREEMENT AND RELEASE entered into by the Defendants and the
2  Plaintiff.

9/25/19

*Paul A. Engelmayer*

HONORABLE PAUL A. ENGELMAYER
UNITED STATES DISTRICT COURT JUDGE